# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153830(75)

RONNIE DANCER and ANNETTE DANCER,
           Plaintiffs-Appellees,

v                                                            SC: 153830
                                                             COA: 324314
CLARK CONSTRUCTION COMPANY, INC.,                            Kalamazoo CC: 2012-000571-NO
           Defendant-Appellant,
and

BETTER BUILT CONSTRUCTION SERVICES,
INC.,
           Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of defendant-appellee to file a supplemental brief in support of the application for leave to appeal in No. 153830 is GRANTED. The supplemental brief submitted on February 1, 2016, is accepted for filing. The motion of defendant-appellee to participate in oral arguments is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____February 10, 2017_____

Clerk